UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* SUSAN EDWARDS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>INTEGRATED PAIN ASSOCIATES, *et al.*,<br><br>    *Defendants*. | § § § § § § § § § § § § §<br><br>SA-15-CV-0315-FB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and 31 U.S.C. § 3730(b)(1), and subject to the terms and conditions of their Settlement Agreement, the parties hereby stipulate to the dismissal of all claims in this action. Such dismissal shall be (1) with prejudice to relator Susan Edwards as to all claims and all defendants; (2) with prejudice to the United States and the State of Texas as to any claim against defendants Integrated Pain Associates and Central Texas Day Surgery Center for the Covered Conduct as defined in the Settlement Agreement; and (3) without prejudice to the United States and the State of Texas as to all other claims and defendants. Other than as is expressly set forth in the Settlement Agreement, all parties are to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: December 21, 2021 | Respectfully submitted, |
| | |
| KEN PAXTON<br>Attorney General of Texas | ASHLEY C. HOFF<br>United States Attorney |
| | |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Thomas A. Parnham, Jr.<br>THOMAS A. PARNHAM, JR.<br>Assistant United States Attorney |
| GRANT DORFMAN<br>Deputy First Assistant<br>Attorney General | New York Bar No. 4775706<br>903 San Jacinto Blvd, Suite 334<br>Austin, Texas 78701<br>(512) 916-5858 |
| SHAWN E. COWLES<br>Deputy Attorney General for<br>Civil Litigation | *Attorneys for the United States of America* |
| RAYMOND C. WINTER<br>Chief, Civil Medicaid Fraud Division | /s/ Ryan J. Meyer<br>Barrett R. Howell<br>Ryan J. Meyer |
| /s/ Brent Cockerham<br>BRENT COCKERHAM<br>Assistant Attorney General<br>Civil Medicaid Fraud Division<br>P.O. Box 12548<br>Austin, Texas 78711<br>(512) 936-1289 | KATTEN MUCHIN ROSENMAN LLP<br>2121 North Pearl Street, Suite 1100<br>Dallas, Texas 75201<br>(214) 765-3600<br><br>*Attorneys for Integrated Pain Associates and Central Texas Day Surgery Center* |
| *Attorneys for the State of Texas* | |

/s/ Patrick J. O'Connell
Janel Quinn
THE EMPLOYMENT LAW GROUP
1717 K Street NW, Suite 1110
Washington, DC 20006
(202) 331-3911

Patrick J. O'Connell
LAW OFFICES OF PATRICK J.
O'CONNELL, PLLC
5926 Balcones Drive #220
Austin, Texas 78731
(512) 852-5918

*Attorneys for Relator*

## CERTIFICATE OF SERVICE

I certify that, on December 21, 2021, I caused the foregoing document to be served on the settling parties via email addressed to:

Janel Quinn (jquinn@employmentlawgroup.com)
Patrick O'Connell (pat@pjofca.com)

*Attorneys for Relator*

Barrett Howell (barrett.howell@katten.com)
Ryan Meyer (ryan.meyer@katten.com)

*Attorneys for Integrated Pain Associates and Central Texas Day Surgery Center*

Brent Cockerham (brent.cockerham@oag.texas.gov)

*Attorney for the State of Texas*

/s/ Thomas A. Parnham, Jr.
THOMAS A. PARNHAM, JR.
Assistant United States Attorney