# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* SUSAN EDWARDS, | § § § |
| Plaintiffs, | § § |
| VS. | §  CIVIL ACTION NO. SA-15-CV-0315-FB § |
| INTEGRATED PAIN ASSOCIATES; CENTRAL TEXAS DAY SURGERY CENTER MANAGEMENT, LLC; CENTRAL TEXAS DAY SURGERY CENTER LIMITED PARTNERSHIP; SCOTT IRVINE, D.O.; ANDREW MCDAVID, M.D.; and ERIC JENKINS, M.D., | § § § § § § § § |
| Defendants. | § |

## *ORDER OF REINSTATEMENT OF CASE ON DOCKET AND ORDER OF DISMISSAL AND FINAL JUDGMENT*

Before the Court is the Joint Stipulation of Dismissal filed on December 21, 2021 (docket #17). Pursuant to Fed. R. Civ. P. 41(a)(1) and 31 U.S.C. § 3730(b)(1), and subject to the terms and conditions of their Settlement Agreement, the parties have stipulated to the dismissal of all claims in this action. On June 24, 2015, this case was stayed and administratively closed. Therefore, because the case has been settled and the parties stipulate to the dismissal of all claims, IT IS HEREBY ORDERED that the stay previously ordered is LIFTED and this case is administratively reopened.

Having reinstated the case on the Court's docket and pursuant to the Joint Stipulation of Dismissal filed by the parties, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that pursuant to Fed. R. Civ. P. 41(a)(1) and 31 U.S.C. § 3730(b)(1), and subject to the terms and conditions of their Settlement Agreement, all claims in this action are DISMISSED. Such dismissal is (1) WITH PREJUDICE to relator Susan Edwards as to all claims and all defendants; (2) WITH PREJUDICE to

the United States and the State of Texas as to any claim against defendants Integrated Pain Associates and Central Texas Day Surgery Center for the Covered Conduct as defined in the Settlement Agreement; and (3) WITHOUT PREJUDICE to the United States and the State of Texas as to all other claims and defendants. Other than as is expressly set forth in the Settlement Agreement, all parties are to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 28th day of December, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE